IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RICKEY A. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 107-141 |
| ) | |
| RONNIE STRENGTH, Sheriff of ) | |
| Richmond County, in his official capacity, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to fulfill the requirements for proceedings *in forma pauperis*, pay the filing fee, or notify the Court of a change of address, and this civil action is **CLOSED**.

SO ORDERED this ___ day of March, 2008, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE